In the Interest of E.M.B., R.L.B., Jr., C.A.B., G.E.B. and Z.B.B.

Janet Warner, Juvenile Officer, Respondent,

v.

R.L.B., Sr. (Natural Father), and M.S.B. (Natural Mother), Appellants.

Nos. WD 60361, WD 60478.

Missouri Court of Appeals, Western District.

Dec. 10, 2002.

Mark A. Hubbard, Platte City, MO, for respondent.

Bradley P. Grill, Kansas City, MO, for Natural Father.

Frank S. Stewart, Kansas City, MO, for Natural Mother.

Keith R. Ludwig, N. Kansas City, MO, Guardian ad litem.

Before ELLIS, C.J., and LOWENSTEIN and HOWARD, JJ.

### Order

PER CURIAM.

Natural mother, M.S.B., and natural father, R.L.B., Sr., appeal from the judgment of the Circuit Court of Platte County that terminated their parental rights to their five minor children, E.M.B., R.L.B., Jr., C.A.B., G.E.B., and Z.B.B. Having considered their contentions on appeal, we need not be reviewed.

affirm the termination of their parental rights by summary order. Rule 84.16(b).